UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| SONAL BOSE, Individually, on Behalf Herself and all Others Similarly Situated | : : : | |
| Plaintiff, | : : | 10 Civ. 09183 (DAB) |
| v. | : : | **NOTICE OF MOTION** |
| INTERCLICK, INC., a Delaware Corporation, | : : : | **ORAL ARGUMENT REQUESTED** |
| Defendant. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support, and all pleadings and proceedings had herein, defendant Interclick, Inc. will move this Court, before the Honorable Deborah A. Batts in Courtroom 24B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing Plaintiff's Complaint with prejudice, and granting Defendant such other and further relief as the Court may deem just and proper.

Dated: New York, New York
February 28, 2011

| **RICHARD AND RICHARD, P.A.** | **GREENBERG TRAURIG, LLP** |
|---|---|
| | By:_____/S/   Stephen L. Saxl_____ |
| Dennis A. Richard (*pro hac vice* | Stephen L. Saxl |
|   application pending) | William A. Wargo |
| Michael R. Tolley (*pro hac vice* | 200 Park Avenue |
|   application pending) | New York, New York 10166 |
| 825 Brickell Bay Drive | (212) 801-9200 |
| Tower III, Suite 1748 | (212) 801-6400 (fax) |
| Miami, Florida 33131 | saxls@gtlaw.com |
| (305) 374-6688 | wargow@gtlaw.com |
| (305) 374-0384 (fax) | |
| dennis@richardandrichard.com | Ian C. Ballon (*pro hac vice* |
| michael@richardandrichard.com |   application pending) |
| | GREENBERG TRAURIG, LLP |
| *Attorneys for Defendant Interclick, Inc.* | 2450 Colorado Avenue |
| | Suite 400E |
| | Santa Monica, CA 90404 |
| | (310) 586-7700 |
| | (310) 586-0575 (fax) |
| | ballon@gtlaw.com |
| | |
| | *Attorneys for Defendant Interclick, Inc.* |