USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

SONAL BOSE,

                Plaintiff,

v.

INTERCLICK, INC.,

                Defendant.

---------------------------------------X

10 Civ. 9183 (DAB)

**STIPULATION OF VOLUNTARY DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Sonal Bose, individually, and defendant Interclick, Inc. that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is voluntarily dismissed with prejudice.

Dated: New York, New York
       June 27, 2012

| KAMBERLAW, LLC | GREENBERG TRAURIG, LLP |
|---|---|
| By: s/David A. Stampley | By: s/Ian C. Ballon |
|    Scott A. Kamber |    Stephen L. Saxl |
|    David A. Stampley |    William A. Wargo |
| 100 Wall Street, 23rd Floor | 200 Park Avenue |
| New York, New York 10005 | New York, New York 10166 |
| Tel.: (212) 920-3072 | Tel.: (212) 801-9200 |
| Fax: (212) 202-6364 | Fax: (212) 801-6400 |
| skamber@kamberlaw.com | saxls@gtlaw.com |
| dstampley@kamberlaw.com | wargow@gtlaw.com |
| | |
| *Attorneys for Plaintiff* | Ian C. Ballon (*pro hac vice*) |
| | 2450 Colorado Avenue, Suite 400E |
| | Santa Monica, CA 90404 |
| | Tel: (310) 586-7700 |
| | Fax: (310) 586-0575 |
| | ballon@gtlaw.com |
| | |
| | *Attorneys for Defendant Interclick, Inc.* |

SO ORDERED

/s/ Deborah A. Batts
DEBORAH A. BATTS  6/28/12
UNITED STATES DISTRICT JUDGE